Clear Form

E-filing

FILED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EUGENE DARREL RUTLEDGE,
                          )
                          )
              Plaintiff,  )   CASE NO. 08-2193
                          )
    vs.                   )   APPLICATION TO PROCEED
A. FELKER, WARDEN OF HIGH DESERT )   IN FORMA PAUPERIS
STATE PRISON, JERRY BROWN, ATTORNEY )   (Non-prisoner cases only)
GENERAL FOR THE STATE OF  )
CALIFORNIA            Defendant. )

CRB (PR)

    I, EUGENE DARREL RUTLEDGE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _N/A_    Net: _N/A_

Employer: _N/A_

_N/A_

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _12-10-05   Approx. $1800.00, But since March 8, 2006_
3 | _I have been in jail and currently I am in the custody_
4 | _of California Department of Correction since July 9, 2007._
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a. Business, Profession or            Yes ___ No _X_
8 |         self employment?
9 |     b. Income from stocks, bonds,           Yes ___ No _X_
10 |         or royalties?
11 |     c. Rent payments?                           Yes ___ No _X_
12 |     d. Pensions, annuities, or                Yes ___ No _X_
13 |         life insurance payments?
14 |     e. Federal or State welfare payments,    Yes ___ No _X_
15 |         Social Security or other govern-
16 |         ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____N/A_____
20 | _____
21 | 3. Are you married?                       Yes ___ No _X_
22 | Spouse's Full Name: _____N/A_____
23 | Spouse's Place of Employment: ___N/A_____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $____N/A_____ Net $____N/A_____
26 | 4.    a. List amount you contribute to your spouse's support:$ ___N/A___
27 |     b. List the persons other than your spouse who are dependent upon you for support
28 |        and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2   _____N/A_____
3   _____
4   5.   Do you own or are you buying a home?         Yes ___ No _X_
5   Estimated Market Value: $___N/A___ Amount of Mortgage: $___N/A___
6   6.   Do you own an automobile?              Yes ___ No _X_
7   Make ___N/A___ Year ___—___ Model ___—___
8   Is it financed? Yes _—_ No _—_ If so, Total due: $ ___—___
9   Monthly Payment: $ ___—___
10  7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
11  Name(s) and address(es) of bank: ___N/A_____
12  _____
13  Present balance(s): $ ___N/A___
14  Do you own any cash? Yes ___ No _X_ Amount: $ ___N/A___
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)                                Yes ___ No _X_
17  _____N/A_____
18  8.   What are your monthly expenses?
19  Rent: $ ___0___                Utilities: ___0___
20  Food: $ ___0___                Clothing: ___0___
21  Charge Accounts:
22  Name of Account        Monthly Payment         Total Owed on This Account
23  ___N/A___         $ ___N/A___         $ ___N/A___
24  _____         $ _____         $ _____
25  _____         $ _____         $ _____
26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable.  Do not include account numbers.)
28  _____— NONE —_____

- 3 -

1 — NONE —

2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes _X_   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  EUGENE ADRREL RUTLEDGE V. ALAMEDA COUNTY SUPERIOR COURT NO.
7  CV-07-04693 CRB; NO. 08-15126 (APPEAL CIVIL); U.S. DISTRICT
   COURT, NORTHERN DISTRICT CALIFORNIA; U.S. COURT OF APPEALS, NINTH CIRCUIT
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  APRIL 20, 2008
12       DATE                                    SIGNATURE OF APPLICANT

- 4 -