EUGENE DARREL RUTLEDGE
CDC F-79385
HIGH DESERT STATE PRISON
P.O. BOX 3030
SUSANVILLE, CA. 96127

**FILED**

APR 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APRIL 10, 2008

E-filing

OFFICE OF THE CLERK FOR THE
UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

CV 08 2193 CRB (PR)

RE: PETITION FOR WRIT OF HABEAS CORPUS AND LETTER AND ATTACHMENTS, AND TO SEEK A RETURN COPY SENT BACK TO PETITIONER, AND FOR SERVICE TO THE RESPONDANTS AND CONCERS ABOUT APPLICATION TO PROCEED IN FORMA

DEAR CLERK FOR THE UNITED STATE DISTRICT COURT:

I AM SUBMITTING AN ORIGINAL COPY OF A PETITION FOR WRIT OF HABEAS CORPUS. I HAVE NOT THE ABILITY TO OBTAIN COPIES TO SERVES THE RESPONDANTS, THIS IS DUE TO THE INSTITUTION BEING ON A LOCKDOWN. I ASK FOR THE RESPONDANTS TO BE SERVED BY THE CLERK'S OFFICE, BECAUSE I AM HAVING SERIOUS DIFFCULTY IN GETTING COPY SERVICE AT THIS TIME. I INCLUDED A LETTER TO THE COURT JUSTICES WHO WOULD DEAL WITH MY PETITION AND INCLUDED ATTACHMENTS ALSO. PLEASE FIND LETTERS FROM THE CALIFORNIA SUPREME COURT CLERK DATED NOVEMBER 15, 2007; JANUARY 25, 2008; FEBRUARY 8, 2008; FEBRUARY 20, 2008; CALIFORNIA SUPREME COURT DOCKET LISTING FOR S160704; CALIFORNIA SUPREME COURT PETITION DENIAL FOR S158052; UNITED STATES DISTRICT COURT ORDER OF DISMISSAL OF JULY 23, 2007 BY U.S. JUDGE CHARLES BREYER.

PAGE 1 OF 2

I HAVE INCLUDED AN APPLICATION FOR IN FORMA PAUPERIS, HOWEVER SINCE MARCH 8, 2006 I HAVE BEEN IN CUSTODY AND SINCE July 9, 2007 I HAVE BEEN IN THE CUSTODY OF CALIFORNIA DEPARTMENT OF CORRECTION. PLEASE SEND ANY DOCUMENTS NEED TO ALLOW ME TO PURSUE IN FORMA PAUPERIS FOR MY PETITION TO BE HEARD.

PLEASE AGIAN I HAVE SENT ALL ORIGINAL COPIES AND I CAN NOT COPY THEM, PLEASE SEND ME A STAMP FILED COPY OF THE PAPERS PLEASE. ALSO PLEASE SERVES THE RESPONDANTS, I INCLUDED THE ATTORNEY GENERALS NAME AND OFFICE BUT I CAN NOT SERVES.

THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

Sincerely,

EUGENE DARREL RUTLEDGE
PETITIONER

ENCLOSERS: LETTER TO JUSTICES AND ATTACHMENTS, PETITION FOR WRIT OF HABEAS CORPUS, APPLICATION TO PROCESS IN FORM PAPERIS
"
"
"
"
"
"
"
"
"
"

PAGE 2 OF 2