IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE DARREL RUTLEDGE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>A. FELKER, Warden<br><br>　　　　Respondent.<br>_____ / | No. CV 08-02193 CRB (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

　　　( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　**IT IS SO ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: May 2, 2008　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　By: _[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EUGENE D RUTLEDGE,

        Plaintiff,

  v.

A FELKER et al,

        Defendant.

Case Number: CV08-02193 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Darrel Rutledge F-79385
High Desert State Prison
Facility B (Building B1, Cell 115)
P.O. Box 3030
Susanville, CA 96127

Dated: May 2, 2008

                                          Richard W. Wieking, Clerk
                                          By: Barbara Espinoza, Deputy Clerk